JS−6

Robert R. Pohls (California Bar #131021)
**POHLS & ASSOCIATES**
1550 Parkside Drive, Suite 260
Walnut Creek, California  94596
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorney for Plaintiff **State Farm
Life Insurance Company**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, | Case No. CV13-02815-GAF (JCx) |
| Plaintiff, | **STIPULATED JUDGMENT IN INTERPLEADER AND DISMISSAL** |
| vs. | |
| BAYA LOUIE and ELLESE LOUIE, | |
| Defendants. | |

        Having reviewed the Stipulation and Order re Entry of Judgment in Interpleader, Distribution of Proceeds and Dismissal executed by counsel for plaintiff State Farm Life Insurance Company ("State Farm") and defendant Baya Louie, both individually and as guardian *ad litem* for defendant Ellese Louie, and it appearing that State Farm has brought this action in interpleader against defendant Baya Louie and defendant Ellese Louie, that this Court has jurisdiction of the parties and of the subject herein, and that good cause appears therefor,

///
///
///
///

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.  State Farm properly filed its Complaint in Interpleader herein, and that this is a proper cause for interpleader.

2.  By reason of the death of Angelique Louie (the "Decedent") on or about October 16, 2012, the total sum of $125,032.00 (the "Proceeds") became due and payable under State Farm's life insurance policy number LF-2278-1527 (the "Policy").

3.  When issued, the Policy named defendant Baya Louie as the primary beneficiary.  On or about May 11, 2012, however, Angelique Louie signed a "Change of Beneficiary" form in which she purportedly revoked all prior beneficiary designations for the Policy and named defendant Ellese Louie as the primary beneficiary.

4.  In his answer to State Farm's complaint herein, defendant Baya Louie made no claim to the Proceeds and, instead, indicated that he has no objection to the Proceeds' being distributed to defendant Ellese Louie as the primary beneficiary named in the Policy.  On October 22, 2013, defendant Baya Louie separately signed and filed herein a declaration which, among other things, confirmed that he had waived any claim he might have to the Proceeds.

5.  On October 24, 2013, the Court entered an order in this action appointing defendant Baya Louie as the guardian *ad litem* for defendant Ellese Louie. On March 27, 2014, the California Superior Court in and for the County of Los Angeles separately issued an order appointing defendant Baya Louie as the guardian of defendant Ellese Louie's estate.

6.  Having deposited the sum of $127,267.39 (representing the Proceeds plus interest) with the Clerk of this Court on or about April 22, 2013, State Farm and its agents be and hereby are released, discharged and acquitted of and from any liability of any kind or nature whatsoever under the Policy.

///

7. State Farm be and hereby is awarded nothing for the attorneys' fees and costs it incurred in connection with this action.

8. The Clerk of the Court be and hereby is directed to pay the sum of $127,267.39 (plus any additional interest which may have accrued while that sum was on deposit in the Court's registry) to defendant Ellese Louie, from and out of the funds deposited herein, by check made payable to "Baya Louie as Guardian of the Estate of Ellese Louie" and delivered via first class mail to the attorneys for defendant Baya Louie at the following address:  Von Behren & Hunter, LLP, Attn:  William von Behren, Esq., 2041 Rosecrans Avenue, Suite 367, El Segundo, California  90245.

9. Upon entry of this Order and the Court's payment of the sum described in paragraph 8, above, this action will be concluded and hereby is dismissed in its entirety, with each party bearing their own attorneys' fees and costs not specifically awarded in this Stipulated Judgment in Interpleader.

DATED: _April 16_, 2014

_____
UNITED STATES DISTRICT JUDGE

JS-6

cc:  Fiscal